IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action: 5:11-cv-168-RLV-DSC

| | |
|---|---|
| DEANA LINGLE, LESLIE TREADWAY, and ROBIN PERUN, <br><br> Plaintiffs, <br><br> v. <br><br> THE PAIN RELIEF CENTERS, P.A.; HANS HANSEN, M.D.; and NOVANT MEDICAL GROUP, INC., <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on the "Plaintiffs' Motion to Seal Exhibits" (document #52) filed on July 12, 2013. For the reasons set forth therein, and for good cause shown, the Motion is **GRANTED**.

**SO ORDERED**.

Signed: July 14, 2013

David S. Cayer
United States Magistrate Judge